IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYLER HACKENTHAL, Y31706,<br><br>                    Plaintiff,<br><br>vs.<br><br>JANE DOE 1,<br>JANE DOE 2,<br>NURSE PRACTITIONER,<br>WARDEN,<br><br>                    Defendant. | Case No. 25-cv-414-DWD |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On May 5, 2025, the Court screened this case and initiated service of process on the Warden of Pinckneyville to assist in identifying all three John/Jane Doe defendants. (Doc. 10). With that Order, the Court directed Plaintiff to file a notice containing identifying information about the John and Jane Doe defendants by May 27, 2025, so that the Court could initiate the process to identify these individuals. On June 16, 2025, the Court reviewed the case, noted that Plaintiff had missed the deadline, and set a new deadline of June 30, 2025. (Docket text 19). Plaintiff timely complied, and on July 1, 2025, the Court set a July 31, 2025, deadline for the Warden to respond, and an August 21, 2025, deadline for Plaintiff to file a motion to substitute. (Docket text 22).

The Court has not received anything further from Plaintiff, despite defendants filing a timely Notice (Doc. 23) with responsive information. The lack of participation from Plaintiff is now the second time he has failed to keep up with this case, and he has

previously been warned that failing to follow orders could result in dismissal. (Docs. 10, 19, 22); *see also* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action for failure to prosecute if a party does not provide a timely response to a court order).

Given that Plaintiff has abandoned this case, the Court now finds it appropriate to dismiss this matter for failure to prosecute. This matter is dismissed with prejudice for Plaintiff's failure to prosecute. The Clerk is also **DIRECTED** to enter judgment and to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: September 29, 2025

/s *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge